# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE KERSEY,<br><br>      Plaintiff,<br><br>      v.<br><br>JOHN G. ROBERTS, et al.,<br><br>      Defendants. | Civil Action No.<br>24-11791-FDS |

## FINAL ORDER OF DISMISSAL

In accordance with the Order dated July 15, 2024 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: 7/15/2024

By the Court,

/s/ Matthew McKillop
Deputy Clerk